FILED

Jul 06 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | Eric Auyeung |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:22-cr-00366-SI |
| **Date:** | July 6, 2023 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Elba Romero | 415-264-5366 |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑ I ~~agree with the recommendation of the Pretrial Services Officer and~~ hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)
   **ADD:**
   
   **A.** Defendant must not use alcohol and must not use or possess any narcotic or other controlled substance without a legal prescription.
   
   **B.** Defendant must participate in mental health treatment as directed by Pretrial Services.
   
   **C.** Defendant must submit to location monitoring by RF with a daily curfew from 7pm to 7am.

☐ Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____   July 6, 2023
**JUDICIAL OFFICER**           **DATE**
Hon. Thomas S. Hixson
U.S. Magistrate Judge