**PROPOSED ORDER/COVER SHEET**

FILED
Oct 03 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**TO:** Honorable Thomas S. Hixson     **RE:** Eric Auyeung
U.S. Magistrate Judge

**FROM:** Silvio Lugo, Chief     **Docket No.:** 3:22-cr-00366-1
U.S. Pretrial Services Officer

**Date:** 9/27/23

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Timothy Elder     (415)436-7519

U.S. Pretrial Services Officer     **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

A. Remove: The defendant must submit to location monitoring by RF with a daily curfew from 7pm to 7am.

B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

/s/ Thomas S. Hixson     October 3, 2023
**JUDICIAL OFFICER**     **DATE**

Hon. Thomas S. Hixson
U.S. Magistrate Judge